# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2014

## NO. 03-13-00709-CV

**David Jacobsohn, Appellant**

**v.**

**402 Lone Star Property, LLC, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on October 14, 2013. Having reviewed the record, the Court holds that David Jacobsohn has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Jacobsohn shall pay all costs relating to this appeal, both in this Court and the court below.